```
                          FILED
                  CLERK, U.S. DISTRICT COURT

                       6/25/2024

                  CENTRAL DISTRICT OF CALIFORNIA
                  BY:    MMC        DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2024 Grand Jury

| UNITED STATES OF AMERICA, | CR No. 5:24-CR-00154-JGB |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 922(g)(1): Felon in Possession of Firearms and Ammunition; 18 U.S.C. § 924 and 28 U.S.C. § 2461(c): Criminal Forfeiture] |
| ENCARNACION VASQUEZ, | |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. § 922(g)(1)]

On or about June 27, 2023, in Riverside County, within the Central District of California, defendant ENCARNACION VASQUEZ knowingly possessed firearms, namely, a Del-Ton, model DT-15, 5.56 caliber rifle, bearing serial number S035855, and a Beretta 9mm caliber pistol, bearing serial number A065544Z, and ammunition, namely, fifty rounds of Lake City Army Ammunition Plant 5.56 caliber ammunition, eight rounds of Hornady 9mm caliber ammunition, one round of Winchester 9mm caliber ammunition, forty-four rounds of Remington-Peters .357 caliber ammunition, and forty rounds of Black Hills

Ammunition 38 SPL ammunition, each in and affecting interstate and foreign commerce.

Defendant VASQUEZ possessed such firearms and ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

1.  Possession of Controlled Substance for Sale, in violation of California Health and Safety Code Section 11351.5, in the Superior Court of the State of California, County of Los Angeles, Case Number TA015214, on or about April 13, 1992;

2.  Possession of Controlled Substance for Sale, in violation of California Health and Safety Code Section 11351, in the Superior Court of the State of California, County of Los Angeles, Case Number TA017478, on or about April 13, 1992.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1.  Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in this Indictment.

2.  The defendant, if so convicted, shall forfeit to the United States of America the following:

    (a)  All right, title, and interest in any firearm or ammunition involved in or used in such offense; and

    (b)  To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3.  Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

//
//
//

substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

                          A TRUE BILL

                             /s/

                        Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

BENEDETTO L. BALDING
Assistant United States Attorney
Deputy Chief, General Crimes Section

HAOXIAOHAN CAI
Assistant United States Attorney
Major Frauds Section